FILED
JUN 01 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM MITCHELL HICKS JR., ) | |
| ) | Civil No. 09-587-PK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SUPERINTENDENT, Oregon State ) | ORDER |
| Penitentiary, CAPTAIN SIMS, ) | |
| Oregon State Penitentiary, ) | |
| LT. DERDEN, Oregon State ) | |
| Penitentiary, DR. VARGO, ) | |
| NURSE WANDA, and JOHN AND ) | |
| JANE DOES 1-10, Extraction ) | |
| Team, ) | |
| ) | |
| Defendants. ) | |

PAPAK, Magistrate Judge.

Pending before the court are plaintiff's unopposed motion for leave to file an amended complaint (#51), motion in limine (#53), and motion for extension of time (#52) to respond to defendants' motion for summary judgment.

1 - ORDER

Plaintiff's unopposed motion for leave to file an amended complaint is granted. Plaintiff's amended complaint is due by June 11, 2010. In addition, plaintiff's Motion in Limine is denied as premature. Finally, in view of the fact that plaintiff will be filing an amended complaint, his motion for extension of time to respond to defendants' motion for summary judgment and defendants' motion for summary judgment are denied as moot.

## CONCLUSION

Based on the foregoing, plaintiff's motion for leave to file an amended complaint (#51) is GRANTED. Plaintiff's amended complaint is due by June 11, 2010. Plaintiff's motion in limine (#53) is DENIED. Plaintiff's motion for extension of time (#52) and defendants' motion for summary judgment (#43) are DENIED as moot.

IT IS SO ORDERED.

DATED this 1ST day of June, 2010.

_____
Paul Papak
United States Magistrate Judge